ZULIMA V. FARBER
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey  08625
Attorney for James Finger, Robert Melendez, and Dennis Gunn

By:  Keith S. Massey, Jr.
     Deputy Attorney General
     (609) 292-8550

                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                        VICINAGE OF CAMDEN

---

JOHN STASICKY,                  :   HONORABLE FREDA L. WOLFSON

          Plaintiff,            :   Civil Action No. 03-369

     v.                         :        STIPULATION OF
                                      VOLUNTARY DISMISSAL
SOUTH WOODS STATE PRISON,       :
et al.
                                :
          Defendants.

---

          The claim in this action having been settled and resolved

by the parties, plaintiff John Stasicky  and defendant James W.

Finger;

          IT IS hereby stipulated and agreed that the claims

asserted against James W. Finger shall be dismissed with prejudice

and without costs or attorney's fees.

DATED: 2-20-06

John Stasicky
Plaintiff

ZULIMA V. FARBER
ATTORNEY GENERAL OF NEW JERSEY

By:

Keith S. Massey, Jr.
Deputy Attorney General
Attorney for Defendant(s)
   Melendez, Finger, and Gunn

DATED: 4/10/06

SO ORDERED:

FREDA L. WOLFSON, U.S.D.J.